Returned Unexecuted

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

| | |
|---|---|
| GEORGE HARTWELL <br><br> Plaintiff(s) <br> v. <br> CACI-WGI, INC. <br> PERCIPTION IR SPECIAL SERVICES, LLC <br><br> Defendant(s) | Civil Action No. 1:16-cv-94 |

FILED MAILROOM
FEB - 2 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CACI-WGI, INC., serve: Corporation Service Company, Registered Agent
Bank of America Center
16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Patrick J. Kearney, Esquire
Selzer Gurvitch Rabin Wertheimer Polott & Obecny, PC
4416 East West Hwy, Suite 400
Bethesda, MD 20814
(301) 986-9600
pkearney@sgrwlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jan 28, 2016

*Signature of Clerk or Deputy Clerk*

Returned Unexecuted

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## District of Virgin Islands

| | |
|---|---|
| GEORGE HARTWELL <br><br> *Plaintiff(s)* <br> v. <br><br> CACI-WGI, INC. <br> PERCIPTION IR SPECIAL SERVICES, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) Civil Action No. 1:16-cv-94 ) ) ) ) ) ) |

FILED MAILROOM
FEB - 2 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Perception IR Special Services, LLC
Serve: Eric Nunes, President
3742 Turman Loop, #102
Wesley Chapel, FL 33544

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Patrick J. Kearney, Esquire
Selzer Gurvitch Rabin Wertheimer Polott & Obecny, PC
4416 East West Hwy, Suite 400
Bethesda, MD 20814
(301) 986-9600
pkearney@sgrwlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jan. 28, 2016

*B. Walker*
*Signature of Clerk or Deputy Clerk*